United States Courts
Southern District of Texas
FILED

*July 25, 2025*

Nathan Ochsner, Clerk of Court

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § § | |
| v. | § § | Criminal No.  **4:25-cr-400** |
| **MISTY RIDDLE** | § § § | |

## INFORMATION

**THE GRAND JURY CHARGES:**

At all times relevant to this Indictment, unless otherwise stated:

## INTRODUCTION

### *The Social Security Administration*

1. The Social Security Administration (SSA) is an agency of the United States responsible for administering the Disability Insurance Benefits (DIB) program under the Old Age, Survivors and Disability Insurance (OASDI) Trust Fund. Individuals work and are taxed under an OASDI tax (sometimes seen as FICA tax) and upon reaching retirement age, become entitled to a monthly annuity from the SSA for the remainder of their lives based on their prior earnings.

2. DIB is made available to workers who, because of illness or injury are unable to continue to perform substantially gainful employment. DIB beneficiaries remain eligible to receive a monthly annuity until they are either found to not meet the disability criteria or age out of the program after attaining full retirement age where their DIB converts to Retirement Insurance Benefits (RIB).

3. Under the DIB program, children of the disabled worker under 18 years old qualify for auxiliary child benefits of up to 50% of their parent's DIB benefits. The auxiliary child benefits are for the care and use of the qualifying child, not the disabled worker.

4. The SSA appointed suitable Representative Payees who managed the payments on behalf of beneficiaries.

5. The Social Security Act is codified under 42 U.S.C. §§ 301-1305. Section 408 allows for criminal penalties for individuals who make or cause to be made any false statement or representation of a material fact in any application for any payment or for a disability determination.

### *The Scheme and Artifice to Defraud,*

6. Defendant Misty Riddle ("RIDDLE") was a resident of Harris County, Texas.

7. It was a part of the manner and means of the unlawful scheme that RIDDLE applied for auxiliary child benefits through DIB on behalf of her two children, concealing the fact that her children lived with their father and their father had full custody over both children. RIDDLE also applied to be the Representative Payee for her children, and was approved by SSA. From October 2015 to April 2022, RIDDLE received auxiliary child benefits for both children despite not being the children's custodial parent and otherwise failing to use the funds for her children's benefit or to report changes in the children's living arrangements, as required. RIDDLE fraudulently received and spent a combined total of $57,098 intended for both boys during that time period. Notably, in May 2016, a time when the SSA disability payments were her only source of income, RIDDLE spent over $10,000 on a trip to Disney despite owing approximately $9,000 in child support payments to her children's father.

## COUNT 1
### (Converting SSA Payments of Another)
### Title 42, United States Code, Section, 408(a)(5)

8. Paragraphs 1 through 7 are hereby realleged as if fully set forth herein.

9. On or about the dates listed below, in the Southern District of Texas, and elsewhere, the defendant,

**MISTY RIDDLE,**

having made application to receive payment for the use and benefit of another and having received such a payment, defendant did knowingly and willfully convert such a payment, or any part thereof, to a use other than for the use and benefit of such persons. Defendant did knowingly and willfully convert monthly Social Security benefits, totaling approximately $57,098, intended to be used solely for the care and support of defendant's sons, to a use other than for the use and benefit of her sons.

All in violation of Title 42, United States Code, Section 408(a)(5).

## COUNT TWO
### (Theft of Government Property)
### Title 18, United States Code, Section 641

10. On or about October 1, 2015, and continuing through on or about April 1, 2022, in the Southern District of Texas, the defendant,

**MISTY RIDDLE,**

defendant herein, did steal, purloin, and knowingly convert to her own use and the use of others, money of the United States of a value greater than $1,000, namely, monthly Social Security benefits intended to be used solely for the care and support of defendant's sons. Defendant did

not spend the money on her sons care and support, and therefore did steal, purloin, and knowingly convert to her own use or the use of others money of the United States greater than $1,000, that is, approximately $57,098, which funds defendant was not entitled to spend on anything other than the care and support of her minor children.

All in violation of Title 18, United States Code, Section 641.

## NOTICE OF CRIMINAL FORFEITURE

### 18 U.S.C. §§ 982(a)(1)(C) and (a)(4)

The allegations contained in Count 2 of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 982(a)(2)(A). Upon conviction of the offense in violation of Title 18, United States Code, Section 641 set forth in Count 2 of this Indictment, the defendant,

### MISTY RIDDLE

shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 982(a)(1)(C) and (a)(4), any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of such violation.

### Money Judgment and Substitute Assets

The United States will seek the imposition of a money judgment against the defendant. In the event that a condition listed in Title 21, United States Code, Section 853(p) exists, the United States will seek to forfeit any other property of the defendant in substitution.

NICHOLAS J. GANJEI
UNITED STATES ATTORNEY


*/s/ Sherin S. Daniel*
SHERIN S. DANIEL
ASSISTANT UNITED STATES ATTORNEY